# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DRAKE ALDEN SHELTON,

    Plaintiff,

v.

UR JADDOU,

    Defendant.

Case No. 2:23-cv-00175-JAD-NJK

**ORDER**

[Docket Nos. 16, 17]

    Plaintiff has filed two notices on the Docket.  *See* Docket Nos. 16 (notice of rules of the Shelton Court docketed as a certificate of service); 17 (notice of bill for trespass).

    District courts have authority to strike an improper filing under their inherent power to control the docket. *E.g.*, *Ready Transp., Inc. v. AAR Mfg., Inc.*, 627 F.3d 402, 404 (9th Cir. 2010); *Metzger v. Hussman*, 682 F. Supp. 1109, 1110-11 (D. Nev. 1988). "Striking material under the Court's inherent power is wholly discretionary." *Fed. Nat'l Mortg. Assoc. v. Willis*, 2016 WL 11247554, at *1 (D. Nev. Oct. 14, 2016). Courts also have a general duty to avoid deciding unnecessary issues. *See, e.g.*, *U.S. Sec. & Exch. Comm'n v. Jensen*, 835 F.3d 1100, 1113 n.6 (9th Cir. 2016). In deciding whether to exercise their discretion to strike an improper filing, courts consider whether striking the filing would "further the overall resolution of the action," and whether the filer has a history of excessive and repetitive filing that have complicated proceedings. *Jones v. Skolnik*, 2015 WL 685228, at *2 (D. Nev. Feb. 18, 2015).

    Plaintiff's filings present no dispute to the Court to resolve in furthering the resolution of this action. Additionally, the filings fail to comply with the Federal Rules of Civil Procedure and this Court's Local Rules. *See, e.g.*, Fed. Rs. Civ. P. 1 (providing that only the Federal Rules of Civil Procedure govern civil actions in federal court), 7(b); Local Rule 7-2.

Accordingly, the Clerk's Office is **INSTRUCTED** to strike the filings at Docket Nos. 16 and 17.

IT IS SO ORDERED.

Dated: April 3, 2023

                                                                                   _____
                                                                                   Nancy J. Koppe
                                                                                   United States Magistrate Judge