# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DRAKE ALDEN SHELTON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UR JADDOU,<br><br>　　　　Defendant. | Case No. 2:23-cv-00175-JAD-NJK<br><br>**Order**<br><br>[Docket No. 24] |

Plaintiff filed a motion for discovery on the Docket, which consists of a list of questions to be propounded on Defendant. Docket No. 24  Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-7; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: April 11, 2023

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1